# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARK ANTHONY JONES** | ) | |
| | ) | |
| Petitioner, | ) | **Case Numbers:** |
| vs. | ) | **CR 01-S-0211-S** |
| | ) | **CV 04-S-8009-S** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

On April 10, 2006 the magistrate judge's report, containing his findings and recommendation regarding the claims of petitioner, was filed, and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the Court hereby ADOPTS the findings of the magistrate judge. The Court further ACCEPTS the recommendations of the magistrate judge. In accordance with Rule 58, *Federal Rules of Civil Procedure,* it is ORDERED, ADJUDGED and DECREED that Mr. Jones's § 2255 motion is DENIED.

As to the foregoing it is SO ORDERED this 28th day of April, 2006.

                                                                        _____
                                                                        United States District Judge